Minute Order Form (rev. 4/99)

03 GJ 1242

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE RONALD GUZMAN | Sitting Judge if Other Than Assigned Judge | MAGISTRATE JUDGE MASON |
|---|---|---|---|
| **CASE NUMBER** | 05 CR 70 | **DATE** | AUGUST 31, 2006 |
| **CASE TITLE** | US V. EURAL BLACK, STANLEY DRIVER, JR., and BRENT TERRY, aka "B" | | |

Motion: (In the following box (a) indicate the party filing the motion. e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING AND REQUEST TO SEAL

The Grand Jury for the ___SPECIAL DECEMBER 2005___ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _[signature]_

**Docket Entry:**

BOND SET IN 05 CR 70 TO STAND AS BOND IN THIS INSTANCE AS TO EURAL BLACK. DETENTION ORDER PREVIOUSLY ISSUED IN 05 CR 70 TO STAND AS TO TERRY BRENT AND STANLEY DRIVER JR.

**RECEIVED**

AUG 3 1 2006

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

_____ Session.

DECEMBER 2005

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                     UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| | No notices required, advised in open court. | | Date docketed | |
| | No notices required. | | Docketing dpty. initials | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | Date mailed notice | |
| | Docketing to mail notices | | | |
| | Mail AO 450 form. | | Mailing dpty. initials | |
| | Copy to judge/magistrate judge. | | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |